■ VIVIAN BERNER, Appellant, v STEPHEN BERNER, Respondent.—The attorneys for the respective parties on this appeal from stated portions of an order of the Supreme Court, Nassau County, entered December 23, 1975, have agreed, after a conference held before Hon. Harry Gittleson on January 15, 1976, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which stipulation contains certain other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs or disbursements, and it is further ordered that the action proceed to trial on March 9, 1976. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.

■ NINA BERNSTEIN, Respondent, v ROBERT BERNSTEIN, Appellant.—In an action in which the plaintiff wife was granted a judgment of divorce, defendant appeals from an order of the Supreme Court, Nassau County, dated October 23, 1975, which granted plaintiff's motion for a counsel fee for services rendered and to be rendered in defending the appeal taken by defendant from the judgment, and fixed the fee at $2,500. Order modified, on the facts, by providing therein that the $2,500 counsel fee shall include services rendered on the instant appeal. As so modified, order affirmed, without costs or disbursements. Upon reviewing the record on this appeal, we are of the view that the award, as modified, properly reflects the nature of the services rendered. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

■ PHYLLIS BUCKWALD, Respondent, v ARNOLD F. BUCKWALD, Appellant. —The attorneys for the respective parties on this appeal from an order of the Supreme Court, Richmond County, dated December 1, 1975, have agreed, after a conference held before Hon. Harry Gittleson on January 16, 1976, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which stipulation contains certain other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs or disbursements, and it is further ordered that the action proceed to trial on February 26, 1976. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.